**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1301**

PERCY JAMES TUCKER,

       Plaintiff - Appellant,

    v.

JEFF BEZOS, Founder; ANDY JASSY, CEO; JEFF BEZOS, Owner; UNKNOWN
DEFENDANT(S),

       Defendants - Appellees.

**No. 23-1316**

PERCY JAMES TUCKER,

       Plaintiff - Appellant,

    v.

JEFF BEZOS, Founder; ANDY JASSY, CEO; JEFF BEZOS, Owner; UNKNOWN
DEFENDANT(S),

       Defendants - Appellees.

Appeals from the United States District Court for the Eastern District of Virginia, at
Norfolk.  Raymond A. Jackson, Senior District Judge.  (2:21-cv-00639-RAJ-RJK)

Submitted:  May 10, 2024                                      Decided:  May 14, 2024

_____

Before NIEMEYER and THACKER, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Percy James Tucker, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Percy James Tucker appeals the district court's orders dismissing his civil action without prejudice and denying reconsideration. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm the district court's orders. *See Tucker v. Bezos*, No. 2:21-cv-00639-RAJ-RJK (E.D. Va. Mar. 20, 2023; Nov. 23, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] We limit our review to issues raised in the informal brief. *See* 4th Cir. R. 34(b); *Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014).

3